# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**CATHERINE BORKMAN and ROLAND BORKMAN,**

　　　　**Plaintiffs,**

**v.**　　　　　　　　　　　　　　　　　　　　　　Case No:　6:14-cv-721-Orl-31KRS

**THOR MOTOR COACH, INC.,**

　　　　**Defendant.**

## ORDER

　　　This matter is before the Court on Defendant's Motion to Strike Plaintiffs' jury trial demand (Doc. 22) and Magistrate Judge Spaulding's Report recommending that the Motion be granted, in part (Doc. 27).  Defendant filed objections to the Report and Recommendation (Doc. 28).  Plaintiffs did not respond to these objections.

　　　Upon consideration of the above it is

　　　**ORDERED** that the Report and Recommendation is CONFIRMED and ADOPTED as part of this Order.  Defendant's Motion is GRANTED as to Plaintiffs' claim for rescission under the Magnuson-Moss Act, 15 U.S.C. Sec. 2301, *et seq.*  Defendant's Motion regarding the Florida Statutory Claim is DENIED, without prejudice.

　　　**DONE** and **ORDERED** in Chambers, Orlando, Florida on December 15, 2014.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party